# EXHIBIT 1

# TRANSMITTAL

3605 Marolla Place
Bronx,NY 10466
E-mail:remexwal@optonline.net
Tel# 718-798-6041 Fax# 718-798-6042

Nº. 005

| DATE | 9-11-2019 | JOB NO. |
|------|-----------|---------|
| JOB NAME | ADIGUN Vs. ECMC | |
| JOB LOCATION | | |

RE: **IN THE CASE OF ADIGUN Vs ECMC & OTHERS AT THE SUPREME COURT OF THE STATE OF NEW YORK**

TO    **EDUCATION CREDIT MANAGEMENT CORP.**

   **P.O. BOX 16129**

   **ST. PAUL MN 55116-0129**

ATTENTION: **TO WHOM IT MAT CONCERN**

WE ARE SENDING YOU ☐ Attached ☐ Under separate cover via _____ the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples ☐ Specifications
☐ Copy of letter ☐ Change order ☐ _____

| COPIES | DATE | NO. | DESCRIPTION |
|--------|------|-----|-------------|
| 3 | 9-11-19 | 1. | ORDER TO SHOW CAUSE WITH T.R.O. IN CIVIL ACTION. |
| 11 | Various | 2. | 11 PAGES OF EXHIBITS ATTACHED TO THE AFFIDAVIT. |
| 2 | 8-29-19 | 3. | REQUEST FOR JUDICIAL INTERVENTION (TRO) |
| 2 | 8-27-19 | 4. | AFFIDAVIT IN SUPPORT |
| 2 | 8-27-19 | 5. | EMERGENCY AFFIDAVIT |
| 2 | -DO- | 6. | AFFIDAVIT IN SUPPORT OF NOTIFICATION. |
| 2 | -DO- | 7. | AFFIDAVIT OF SERVIVE TO LITIGATION. |
| 2. | ------------ | 8. | LITIGANTS' INFORMATION SHEET. |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

☐ For approval ☐ Approved as sumbitted ☐ Resubmit _____ copies for approval
☒ For your use ☐ Approved as noted ☐ Submit _____ copies for distribution
☐ For requested ☐ Returned for corrections ☐ Return _____ corrected prints
☐ For review and comment ☐ _____
☐ FOR BIDS DUE _____ 20 19 ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS _____
_____
_____
_____

RECEIVED
SEP 16 2019
ECMC

RECEIVED
SEP 17 2019
ECMC LEGAL
9-11-2019

COPY TO **File** _____

BEEHIVE PRESS, INC. • (718) 654-1200   FORM 1013A   9-20-98

PHONE# _Cell # 347-392-2545_
_Office # 718-798-6041_
_fax # 718-798-6042_
E-mail: remexval@optonline.net

QII

At IAS part _86_ of the Supreme
Court of the State of New York
Held in and for the County of
Bronx at the Courthouse,
thereof 851 Grand Concourse,
Bronx, N.Y., on the _10_ day of
------- _September_, 2019.

RUBÉN FRANCO

PRESENT: _____

Justice of the Supreme Court

-----------------------------------------------------------------X   Index No _26064/2019_

EMMANUEL A. ADIGUN _____ Plaintiff

                                          ORDER TO SHOW CAUSE
                                          WITH T.R.O, IN
Vs                                        CIVIL ACTION

Defendants: _____

Education Credit Management Corp (ECMC)----------1st.Defendant
Premiere Credit of N.America,LCC ------2ND Defendant
Wachovia Educational Services----------3rd Defendant

NYS Higher Education Services -------- 4th Defendant

Social Security Administration --------5th Defendant

U.S. Internal Revenue Service -------- 6th Defendant

``UPON reading and filing the affidavit of Emmanuel Adigun sworn
to on the _27th_ day of ____ _August_ , 20_19_ and upon the
exhibits attached to the affidavit,

1).Promissory Note and Disclosure Form #3301-01 (EA-1)
2).First Federal Saving Letter. (EA-2)
3).Photo Copies of Payment Coupons #1 to #6 (EA-3).
4).Borrower Transaction history report by ECMC. (EA-4)
5).Verification statement by Wachovia Inc dated 06/25/82 (EA-5).
6).Loan interest payment statements for 1983, 1984 and 2018
only. (EA-6)
7).The National Direct Student Loan-Promissory Note. (EA-7)
8).Letter of "appreciation" from Polytechnic University.(EA-8).
9).IRS TOPIC NUMBER 456-Student loan interest deduction.(EA-9).

Let the defendant or their attorney show cause at the IAS Part,_26_
Room _623_ of the Court, to be held at the courthouse, 851 Grand
Concourse, Bronx NY, on the _13_ day of _November_ 2019, at 9:30 AM

Concourse, Bronx NY, on the ~~—~~ day of ~~———~~, ~~2019,~~
~~at 10 o'clock in the ———— noon~~ or as soon as counsel may
be heard why an order should not be made to:

1). Stop the IRS annual tax refund deductions to ECMC.

2). Stop the monthly Social Security Adm. deduction to ECMC.

3). Refund to plaintiff all IRS tax refund deductions because
plaintiff fulfilled his obligations as per attached promissory
note dated September 15th 1982 (EA-1). Also see attached payment
coupons. (See EA-3). I never defaulted on my student loan
payments.

4). That this court should compel the defendant to refund all
monies collected from Social Security Administration because
plaintiff totally fulfilled his obligations as per the
promissory note of September 15th, 1982. Please see attached
payment coupons. (EA-3)

5). The plaintiff pray the Court for an order directing the
respondents, by themselves, their agents, privies or officers to
stay all collection actions in connection with the subject
matter of this suit, pending the hearing and determination of
the originating motion on notice.

6). The Plaintiff concedes the issue of interests and penalty on
the funds that have been denied him over the years, and damage
to his financial credit to the discretion of the Court. However,
there are guiding principles as to how such discretion should be
exercised. In the absence of not imposing an obligation on the
Court the Plaintiff situates the determination of interests and
penalty on the discretionary powers of the court. All I request
from this court is majestic justice.

~~Pending the hearing of this motion, it is ORDERED that this Honorable Court
grant an immediate ex parte order of interim injunction restraining the
defenders from any offset or deduction payments from the IRS and Social
Security Administration pending the hearing of this motion because no principal
on my student loan was ever owed.~~

JSC

I also pray this Honorable Court to grant this ex parte motion because the
position of defendants 1,2,3 and 4 that I defaulted on my student loan payment
is without foundation and false. As a result of their false actions, my credit has
been severely damaged and my business seriously handicapped over the years.
Granting this interim injunction will finally start a genuine effort at clearing my
good name.

Sufficient cause appearing therefor, let ~~personal~~ service ~~BY FIRST CLASS MAIL~~ of a copy of this order, the affidavit in support, and all other papers upon which this order is granted, upon all parties to this action or their attorneys, who have appeared in this action , on or before the _17th_ day of _SEPTEMBER_, 2019 be deemed good and sufficient: An affidavit or other proof of service shall be presented to this Court on the return date directed in the second paragraph of this order.

ENTER

Justice of the Supreme Court

RUBEN FRANCO

**LOAN(S) GUARANTEED BY NYSHESC**
**PROMISSORY NOTE AND DISCLOSURE-(REPAYMENT)**

009580626
NYSHESC Acct. No.

STUDENT LN MARKETING ASSN
Lending Institution

WACHOVIA SERVICES, INC
P.C. BOX 3161
WINSTON-SALEM, N.C.        27102
Address

09-15-82
(Effective Date of this Note)

$ 7,500.00

A. Amount Financed
B. **ANNUAL PERCENTAGE RATE**                    7.000        %
C. Amount of monthly payment          $    90.00      30.26
D. Number of monthly payments              114         1
E. **FINANCE CHARGE**                                          $   2,790.26
F. Total of Payments                                           $  10,290.26

I promise to pay to *(Name of Lender)* STUDENT LN MARKETING ASSN C/O WACHOVIA SERVICES INC. at *(Address of Lender)* P.O. BOX 3161 WINSTON-SALEM, NC, the total of payments of line F) TEN THOUSAND TWO HUNDRED NINETY AND 26/100 dollars

($ 10,290.26 ).

The total of payments includes the Amount Financed above and interest charged at 3% per annum on disbursements prior to 4/1/69 and at 7% per annum on disbursements after 3/31/69. If I go into default on a loan disbursed prior to 4/1/69 I understand that I will lose the benefits of the state's interest subsidy and interest will be recalculated and charged at 6% per year.

The Amount Financed above plus interest calculated at the ANNUAL PERCENTAGE RATE and beginning on the effective date stated above shall be paid in 114 installments of NINETY AND 00/100 dollars ($ 90.00 ) each, the first installment to be due on OCTOBER 10 , 19 82 and succeeding installments on the TENTH day of each month thereafter until APRIL 10 , 19 92 when the final installment of $ THIRTY AND 26/100 shall be due and payable.

I. Prepayment
I may pay any unpaid balance on this loan in whole or in part at any time without penalty.
☒ Interest on the amount financed shall accrue daily or monthly, and each installment payment shall be credited to accrued interest and outstanding principal in that order, on the day of receipt of each payment.
☐ If the interest is not charged using daily or monthly simple interest, I shall receive a rebate of unearned interest computed by the following method:
☐ The sum of the digits formula (Rule of 78)
☐ Other (identify)_____

II. Late Charges and Default Charges:
In addition to interest, I agree to pay late charges of five (5) percent of the amount of any required payment or $5.00, whichever is less, for failure to make any payment within ten (10) days after its due date. I agree to pay, in the event of default, reasonable attorney fees of up to 20% plus costs and other charges necessary to collect any amount not paid when due.

III. Further Agreements
1) If I fail to make any payment when due under this Note or if I fail to comply with any of the terms and conditions of this Note, or should I make an assignment for the benefit of creditors, or if any bankruptcy proceedings be commenced by or against me, then the holder of the note or NYSHESC may, at its option, accelerate the maturity of all payments due hereunder, in which event the entire unpaid balance of this note plus interest and other late charges or default charges (Section II) shall become immediately due and payable. In the event that bankruptcy proceedings are commenced by or against me, I specifically agree to notify NYSHESC of such occurrence in writing within twenty (20) days of the filing of a petition.
2) If I die or become permanently and totally disabled (as determined in accordance with regulations) NYSHESC or the United States will pay off the remaining balance of my loan.
3) The delay on the lender's part (or the holder if the loan is transferred) to enforce any condition(s) of this note shall not release the borrower from these condition(s) nor prevent the lender (or the holder if the loan is transferred) from enforcing any or all of these conditions in the future.
4) I understand that I must repay this loan even though I may be under eighteen (18) years of age.
5) If I go into default on this loan I agree to be sued in Albany County, New York.
I acknowledge receipt, prior to the signing of this note, of a copy of this note containing the disclosure statement. I have read, acknowledged receipt of and understand the Statement of Rights and Responsibilities appearing on the reverse side of the borrower's copy of this note which, together with this note, constitutes my entire agreement with the lending institution (or the holder if the loan is transferred) and/or NYSHESC.

Date 9-19-82

Signature of Borrower_____
Typed or Printed Name of Borrower ADIGUN, EMMANUEL A          0001-243-31-084485514-1
Permanent Address of Borrower 3605 MAROLLA PL          BRONX NY          10466

EA-

AMOUNTS OF LOANS

| LENDER WORK SHEET | 6% LOANS | 7% LOANS | COMBINED AMOUNT |
|---|---|---|---|
| Amount Financed | $ | $ | $ |
| Finance Charge: Borrower | 3% $ | 7% $ | $ |
| Due From Borrower | $ | $ | $ |
| Finance Charge: NYSHESC-US | 3% $ | X X X X X | $ |
| Total of Payments | $ | $ | $ |
| MONTHLY PAYMENT | $ | $ | $ |

ORIGINAL RECORD
WACHOVIA SERVICES

FORM NO. 3301-01 REV. 5-E

**FIRST FEDERAL SAVINGS**
AND LOAN ASSOCIATION OF ROCHESTER
ONE FIRST FEDERAL PLAZA, ROCHESTER, NEW YORK 14614

Dear Customer:

Recently, First Federal Savings and Loan Association of Rochester (the
"Association") sold a number of guaranteed student loans to the Student
Loan Marketing Association, more commonly known as "Sallie Mae". The
student loan or loans which the Association had previously made to you
were among the loans sold. This letter is to advise you of the sale, ex-
plain your ensuing rights and responsibilities, and provide you with a cur-
rent statement of your Sallie Mae account.

As you know, the Association is an active lender to students under the
Guaranteed Student Loan Program. This program was established by the
United States Congress to assist students in financing their education.
In order to continue making educational loans, however, the Association
has found it important to develop a way to replace the funds we have lent
to you. As a result, we have arranged with Sallie Mae for the sale of a
number of our outstanding guaranteed loans, including those which we have
previously made to you. The proceeds of this sale allow the Association
to make additional student loans in the coming months.

Sallie Mae is a government-sponsored private corporation. It was created
by an Act of the United States Congress specifically to purchase guaranteed
student loans and provide financial assistance to banks and other institu-
tions making such loans. Should you wish to learn more about Sallie Mae,
you may write to Public Relations Department, Student Loan Marketing Asso-
ciation, 1055 Thomas Jefferson Street, N.W., Washington, D.C. 20007.

The sale of your education loan(s) to Sallie Mae does not create any re-
sponsibilities in addition to those you undertook when making the loan(s).
However, you should understand that as a result of this sale you are obli-
gated to repay your loan(s) to Sallie Mae and not to the Association. Any
payments that you may make from now on are to be made to Sallie Mae's des-
ignated agent, whose name and address are included in the next paragraph.
Of course, any payments which you may have already made to the Association
have been credited to your loan account and should be reflected in the
balance shown on the accompanying account statement. Should you inadver-
tently make a payment to the Association after your receipt of this letter,
arrangements have been made to forward such payments to Sallie Mae's desig-
nated agent. We also take this opportunity to remind you that you should
send all notices which you are obligated to give, such as any change of ad-
dress or any change of status as at least a half-time student, to Sallie
Mae's agent.

Sallie Mae has designated Wachovia Education Services, in Winston-Salem,
North Carolina, as its agent for the servicing of the loans purchased from
our bank. All checks should be made payable to "Student Loan Marketing Asso-
ciation" and mailed to Wachovia. If you have any questions about your
loan(s), please call (919)748-5124, or write to the following address:

> Wachovia Educational Services
> P. O. Box 3077
> Winston-Salem, North Carolina   27102

We are very pleased to be able to assist you in continuing your education.
We hope you will continue to consider us for all your banking needs.

Sincerely,

FIRST FEDERAL SAVINGS & LOAN
ASSOCIATION OF ROCHESTER



EA-2.



FROM
Wachovia Services, Inc.
P. O. Box 3077
Winston-Salem, NC  27102

FORWARDING AND
ADDRESS CORRECTION REQUESTED

0001  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-1
EMMANUEL A ADIGUN
3605 MAROLLA PL
BRONX NY                    10466

# Student Loan Payment Book

THIS BOOK CONTAINS
■ PAYMENT INSTRUCTIONS
■ NAME, ADDRESS & TELEPHONE
  NUMBER CHANGE FORM
■ CONVENIENT ADDRESS LABELS
■ PAYMENT COUPONS

WHEN MAKING PAYMENTS, PLEASE USE ADDRESS LABELS LOCATED IN FRONT OF THIS BOOK.



FROM
First Wachovia Student Financial Services, Inc.
P. O. Box 3077
Winston-Salem, NC  27102

FORWARDING AND
ADDRESS CORRECTION REQUESTED

0001  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-1
EMMANUEL A ADIGUN
3605 MAROLLA PL

BRONX  NY           10466

# Student Loan Payment Book

THIS BOOK CONTAINS
■ PAYMENT INSTRUCTIONS
■ NAME, ADDRESS & TELEPHONE
  NUMBER CHANGE FORM
■ CONVENIENT ADDRESS LABELS
■ IMPORTANT INFORMATION
■ PAYMENT COUPONS

WHEN MAKING PAYMENTS, PLEASE USE ADDRESS LABELS LOCATED IN FRONT OF THIS BOOK.

EA-3



FROM
Wachovia Services, Inc.
P. O. Box 3077
Winston-Salem, NC  27102
FORWARDING AND
ADDRESS CORRECTION REQUESTED

# Student Loan Payment Book

0001   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-1
EMMANUEL A ADIGUN
3605 MAROLLA PL
BRONX NY
                          10466

THIS BOOK CONTAINS
▤ PAYMENT INSTRUCTIONS
▤ NAME, ADDRESS & TELEPHONE
   NUMBER CHANGE FORM
▤ CONVENIENT ADDRESS LABELS
▤ PAYMENT COUPONS

**WHEN MAKING PAYMENTS, PLEASE USE ADDRESS LABELS LOCATED IN FRONT OF THIS BOOK.**

---



FROM
First Wachovia Student Financial Services, Inc.
P. O. Box 3077
Winston-Salem, NC  27102
FORWARDING AND
ADDRESS CORRECTION REQUESTED

# Student Loan Payment Book


EMMANUEL A ADIGUN
3605 MAROLLA PL

BRONX  NY        10466

THIS BOOK CONTAINS
▤ PAYMENT INSTRUCTIONS
▤ NAME, ADDRESS & TELEPHONE
   NUMBER CHANGE FORM
▤ CONVENIENT ADDRESS LABELS
▤ IMPORTANT INFORMATION
▤ PAYMENT COUPONS

**WHEN MAKING PAYMENTS, PLEASE USE ADDRESS LABELS LOCATED IN FRONT OF THIS BOOK.**

EA-3

# Borrower Transaction History Report

Borrower Id 711903    SSN xxx-x...514    Name EMMANUEL A. ADIGUN

| | |
|---|---|
| Prin Balance | $7,906.85 |
| Int Balance | $10,060.73 |
| Fee Balance | $0.00 |
| Prior Coll Costs | $0.00 |
| Collection Costs | $4,362.40 |
| Total Balance | $22,329.98 |

| Activity Date | Posted Date | Batch Type | Tran Code | Src | SSN Amount | Principal | Interest | Fees Costs | Loan Number | Case Ref Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/27/2019 | 04/01/2019 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | |
| 03/27/2019 | 04/01/2019 | J - Adjustment | IO - IRS Offset | D - Department of Education | -42.00 | 0.00 | -28.88 | -13.12 | | |
| 02/27/2019 | 03/12/2019 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | |
| 02/27/2019 | 03/12/2019 | J - Adjustment | IO - IRS Offset | D - Department of Education | -42.00 | 0.00 | -28.88 | -13.12 | | |
| 01/23/2019 | 01/28/2019 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | |
| 01/23/2019 | 01/28/2019 | J - Adjustment | IO - IRS Offset | D - Department of Education | -42.00 | 0.00 | -28.88 | -13.12 | | |
| 12/26/2018 | 01/02/2019 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | |
| 12/26/2018 | 01/02/2019 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | |
| 11/28/2018 | 12/03/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | |
| 11/28/2018 | 12/03/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | |
| 11/21/2018 | 11/27/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 17.04 | 0.00 | 0.00 | 17.04 | | |
| 11/21/2018 | 11/27/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | 2621.73 | 0.00 | 2604.69 | 17.04 | | |
| 11/21/2018 | 11/27/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | √ -2621.73 | 0.00 | -2604.69 | -17.04 | | |
| 11/21/2018 | 02/19/2019 | J - Adjustment | IF1 - Refund of IRS Fees | D - Department of Education | -17.04 | 0.00 | 0.00 | -17.04 | | |
| 11/21/2018 | 02/19/2019 | J - Adjustment | IS1 - Injured Spouse Claim Against an IRS Offset | D - Department of Education | | | | | | |
| 10/24/2018 | 10/29/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | |
| 10/24/2018 | 10/29/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | |
| 09/26/2018 | 10/01/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | |
| 09/26/2018 | 10/01/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | |

Confidential

04/19/2019

# Borrower Transaction History Report

Borrower Id 711903   SSN xxx-xx-5514   Name EMMANUEL A. ADIGUN

| Activity Date | Posted Date | Batch Type | Tran Code | Src | SSN Amount | Principal | Interest | Fees | Costs | Loan Number | Case Ref Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/2018 | 08/27/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | | |
| 08/22/2018 | 08/27/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | | |
| 07/25/2018 | 07/30/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | | |
| 07/25/2018 | 07/30/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | | |
| 06/27/2018 | 07/02/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | | |
| 06/27/2018 | 07/02/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | | |
| 05/23/2018 | 05/29/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | | |
| 05/23/2018 | 05/29/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | | |
| 04/25/2018 | 04/30/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | | |
| 04/25/2018 | 04/30/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | | |
| 03/28/2018 | 04/02/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | | |
| 03/28/2018 | 04/02/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | | |
| 02/28/2018 | 03/06/2018 | J - Adjustment | IF - IRS Fees | D - Department of Education | 13.12 | 0.00 | 0.00 | 13.12 | | | |
| 02/28/2018 | 03/06/2018 | J - Adjustment | IO - IRS Offset | D - Department of Education | -27.00 | 0.00 | -13.88 | -13.12 | | | |
| 07/27/2015 | 08/05/2015 | J - Adjustment | IF - IRS Fees | D - Department of Education | 17.00 | 0.00 | 0.00 | 17.00 | | | |
| 07/27/2015 | 08/05/2015 | J - Adjustment | IO - IRS Offset | D - Department of Education | -2093.00 | 0.00 | -2076.00 | -17.00 | | | |
| 07/27/2015 | 10/06/2015 | J - Adjustment | IS1 - Injured Spouse Claim Against an IRS Offset | D - Department of Education | 2093.00 | 0.00 | 2076.00 | 17.00 | | | |
| 07/27/2015 | 10/06/2015 | J - Adjustment | IF1 - Refund of IRS Fees | D - Department of Education | -17.00 | 0.00 | 0.00 | -17.00 | | | |
| 06/10/2011 | 06/22/2011 | J - Adjustment | IF - IRS Fees | D - Department of Education | 17.00 | 0.00 | 0.00 | 17.00 | | | |
| 06/10/2011 | 06/22/2011 | J - Adjustment | IO - IRS Offset | D - Department of Education | -1529.02 | 0.00 | -1512.02 | -17.00 | | | |
| | | | | Totals: | -1751.34 | 0.00 | -1751.34 | 0.00 | | | |

Confidential

04/19/2019

Please place the account number below
on all payments, forms and correspondence

PLEASE RETURN THIS STUB WITH YOUR PAYMENT

| YOUR ACCOUNT NUMBER | MAKE CHECK PAYABLE TO: | MINIMUM PAYMENT |
|---|---|---|
| #0001-243-31-084485514-2 | STUDENT LN MARKETING ASSN | 0.00 |

TODAYS DATE   06/25/82

⑄500000000⑄ 0844855142⑈ ⑆0000000000⑉

CORRECT YOUR NAME, ADDRESS AND TELEPHONE NUMBER ON THE BACK OF THE RETURN ENVELOPE

0001-243-31-084485514-2

WACHOVIA SERVICES, INC.
P. O. BOX 3077
WINSTON-SALEM, N. C.
27102
919-748-5124

11   EMMANUEL A ADIGUN
3605 MAROLLA PL
BRONX NY
10466

TEL  212 298-9706

| | | | | ▼ DETACH ▼ |
|---|---|---|---|---|

PAYMENTS AND FORMS PROCESSED
AFTER 06/25/82   ARE NOT SHOWN.

| Past Due | Late Charge Due | Billed Interest Due | = AMOUNT DUE |
|---|---|---|---|
| 0.00 | .00 | .00 | .00 |

MAKE CHECKS PAYABLE TO:  STUDENT LN MARKETING ASSN

| Original Principal | − Principal Paid | = Principal Balance | + Interest | + Late Charges = | TOTAL BALANCE |
|---|---|---|---|---|---|
| 4500.00 | 0.00 | 4500.00 | 0.00 | 0.00 | 4500.00 |
| ELIGIBLE (SUBSIDIZED) | | | | | To compute PAYOFF multiply the daily interest of $0.863 by the number of days from the statement date to the day we will receive your payment and add this to the total balance above. Please allow for mailing time. |
| 4500.00 | 0.00 | 4500.00 | Interest Paid | Late Charge Paid | |
| INELIGIBLE (NONSUBSIDIZED) | | | 0.00 | 0.00 | |
| 0.00 | 0.00 | 0.00 | | | |
| OTHER | | | | | |
| 0.00 | 0.00 | 0.00 | | | |

HIS STATEMENT IS A VERIFICATION OF YOUR ACCOUNT AND NOT A
EQUEST FOR PAYMENT. THE INFORMATION SHOWN ON THIS STATEMENT
EFLECTS THE STATUS OF YOUR STUDENT LOAN ON OUR RECORDS.
LEASE CHECK ALL INFORMATION SHOWN, INCLUDING YOUR ADDRESS,
ELEPHONE NUMBER AND SOCIAL SECURITY NUMBER.  IF ANY OF THE
NFORMATION DOES NOT AGREE WITH YOUR RECORDS, CONTACT US
MMEDIATELY.  BE SURE TO PLACE YOUR ACCOUNT NUMBER ON ALL
AYMENTS, FORMS, AND CORRESPONDENCE SENT TO OUR OFFICE.

EA-S

LAST ACTIVITY

| Separation Date | Your Current Status | This Status Ends | YOUR ACCOUNT NUMBER Please place this account number on all payments, forms, and correspondence |
|---|---|---|---|
| 06/82 | IN-SCHOOL | 06/82 | 0001-243-31-084485514-2 |
| Total Paid | Number of Payments Remaining | Payment Frequency | INTEREST RATE      Daily Interest |
| 0.00 | | | 7.000      $0.863 |

IF THIS INFORMATION DOES NOT AGREE WITH YOUR RECORDS, PLEASE NOTIFY US IMMEDIATELY

PLEASE RETURN THIS STUB WITH YOUR PAYMENT

YOUR ACCOUNT NUMBER        MAKE CHECK PAYABLE TO:          MINIMUM PAYMENT
1001-243-31-084485514-1  STUDENT LN MARKETING ASSN          140.00
                                      PAYMENT DUE DATE    12/23/83
                                         TODAYS DATE      01/03/84

      Y500000000Y 084485514lJ d00000l4000d

CORRECT YOUR NAME, ADDRESS AND TELEPHONE NUMBER ON THE BACK OF THE RETURN ENVELOPE
        0001-243-31-084485514-1          WACHOVIA SERVICES, INC.
                                               P. O. BOX 3077
        EMMANUEL A ADIGUN                 WINSTON-SALEM, N. C.
22      3605 MAROLLA PL                                  27102
        BRONX NY                              919-748-5124
        10466
                                        TEL  212 798-9786    ▼ DETACH ▼

| Past Due | Late Charge Due | Billed Interest Due | = | AMOUNT DUE | PAYMENTS AND FORMS PROCESSED AFTER 01/03/84 ARE NOT SHOWN. PMT DUE DATE 12/23/83 |
|----------|-----------------|---------------------|---|------------|-----------------------------------|
| 140.00 | .00 | .00 | | 140.00 | |

MAKE CHECKS PAYABLE TO: STUDENT LN MARKETING ASSN

| Original Principal | −Principal Paid | = Principal Balance | +Interest | +Late Charges= | TOTAL BALANCE |
|--------------------|-----------------|---------------------|-----------|----------------|---------------|
| 2000.00 | 524.84 | 11475.16 | 30.85 | 0.00 | 11506.01 |
| ELIGIBLE (SUBSIDIZED) | | | | | To compute PAYOFF multiply the daily interest of $2.199 |
| 2000.00 | 524.84 | 11475.16 | Interest Paid | Late Charge Paid | by the number of days from the statement date to the day we will |
| INELIGIBLE (NONSUBSIDIZED) | | | 595.16 | 0.00 | receive your payment and add this to the total balance above. Please |
| 0.00 | 0.00 | 0.00 | | | allow for mailing time. |
| OTHER | | | | | |
| 0.00 | 0.00 | 0.00 | | | |

✳   TOTAL INTEREST PAID IN 1983 WAS   595.16  ✳
✳ PLEASE RETAIN THIS INFORMATION FOR TAX PURPOSES. ✳

WE HAVE NOT RECEIVED YOUR PAYMENT AS OF THIS STATEMENT DATE.
YOUR ACCOUNT IS OVER 10 DAYS PAST DUE. IF YOU HAVE NOT
ALREADY SENT YOUR PAYMENT, PLEASE DO SO IMMEDIATELY TO
AVOID FUTURE NOTICES AND POSSIBLE LATE CHARGES.

(EA-6),

LAST ACTIVITY
12/20/83 - PAYMENT   $140.00

| Separation Date | Your Current Status | This Status Ends | YOUR ACCOUNT NUMBER Please place this account number on all payments, forms, and correspondence |
|-----------------|---------------------|------------------|--------------------|
| 06/82 | REPAYMENT | 02/23/93 | 0001-243-31-084485514-1 |
| Total Paid | Number of Payments Remaining | Payment Frequency | INTEREST RATE | Daily Interest |
| 1,120.00 | 111 | MONTHLY | 7.000 | $2.199 |

THE NATIONAL DIRECT STUDENT LOAN

Promissory Note

EX-7

Date _____

Student Number 084 - 48 - 5514 -

I, EMMANUEL ADIGUN, hereinafter called the Lending Institution, located at Brooklyn, NY, the sum of promise to pay to Polytechnic Institute of New York, hereinafter called the Lending Institution, located at Brooklyn, NY, the sum of $ 1000.— (or so much more thereof as may from time to time be advanced to me and endorsed in the Schedule of Advances) together with all attorney's fees and other costs and charges necessary for the collection of any amount not paid when due.

I further understand and agree that:

GENERAL        I. All sums advanced pursuant to this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, hereinafter called the Act, and are subject to the Act and the Federal Regulations promulgated pursuant to the Act. The terms of this note shall be construed in accordance with the Act and Federal Regulations, copies of which shall be kept by the Lending Institution.

REPAYMENT      II. (1) Interest shall accrue from the beginning of the repayment period and shall be at the rate of 3 per centum on the unpaid balance except that no interest shall accrue during any period described in paragraph III (3).

(2) Except as provided in paragraph II (3) repayment of principal, together with interest thereon, shall be made over a period beginning 9 months after the date on which I cease to be at least a half-time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the United States Commissioner of Education, and ending, unless paragraph III (3) applies, 10 years and 9 months after that date. I may, however, request that the payment period start on an earlier date. I shall repay the principal and interest over the course of the repayment period in equal monthly, bimonthly, or quarterly installments, as determined by the Lending Institution, except that, if I request, such payments shall be made in graduated installments determined in accordance with such schedules as may be approved by the Lending Institution and the Commissioner. In either case, a schedule of repayment shall be attached to and made part of this note.

(3) If the repayment schedule that would otherwise be established in accordance with paragraph II (2) would provide for payments of principal and interest at a rate of less than $30 per month, I shall repay the total amount of this loan plus the interest thereon at the rate of $30 per month, which shall include repayment of principal and interest. In the event I receive or have received National Direct or Defense Student Loans from other lending institutions, I shall repay this note at a monthly rate equal to not less than the amount by which $30 exceeds the total monthly rate of principal and interest repaid on the other loans. A schedule of repayment shall be attached to and made part of this note. The Lending Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year where necessary to avoid hardship to me unless such an action would extend the repayment period in paragraph 2 of this article.

III. This note is also subject to the following conditions:

PREPAYMENT     (1) I may at my option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time.

DEFAULT        (2) If I fail to meet a scheduled repayment of any of the installments due on this note, the entire unpaid indebtedness including interest due and accrued thereon, shall, at the option of the Lending Institution, become due and payable.

DEFERMENT      (3) Interest shall not accrue, and installments need not be paid (A) while I am enrolled and in attendance as at least a half-time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the Commissioner, or (B) for a period not in excess of three years during which I am (i) on full-time active duty as a member of the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps, or Coast Guard), (ii) in service as a volunteer under the Peace Corps Act, or (iii) a VISTA volunteer under Title I - Part A of the Domestic Service Act of 1973, P.L. 93-113, (formerly Title VIII of the Economic Opportunity Act of 1964).

The Lending Institution may, upon my application, defer or reduce any scheduled repayments if, in the view of the Lending Institution, extraordinary circumstances such as prolonged illness or unemployment, prevent me from making such payments. However, interest shall continue to accrue.

Polytechnic Institute of New York, 333 Jay Street, Brooklyn, New York 11201

DEC.12,1985.

MR. EMMAMUEL ADIGUN
3605 MAROLLA PLACE
BRONX N.Y. 10466


DEAR MR.ADIGUN


    We wish to convey our appreciation to you for fulfilling
your student loan obligation. Your action enables us to recycle
these vital dollars to the financial needs of current students.

Enclosed please find the cancelled original note for your
records.

Please call upon us at any time we can be of service.


Sincerely,

Claude Parisot
Assoc. Bursar



CP:vg
encl.

 **IRS**

## Topic Number 456 – Student Loan Interest Deduction

Student loan interest is interest you paid during the year on a qualified student loan. It includes both required and voluntarily pre-paid interest payments. You may deduct the lesser of $2,500 or the amount of interest you actually paid during the year. The deduction is gradually reduced and eventually eliminated by phaseout when your modified adjusted gross income (MAGI) amount reaches the annual limit for your filing status.

You claim this deduction as an adjustment to income, so you don't need to itemize your deductions.

You can claim the deduction if all of the following apply:

- You paid interest on a qualified student loan in tax year 2018;

- You're legally obligated to pay interest on a qualified student loan;

- Your filing status isn't married filing separately;

- Your MAGI is less than a specified amount which is set annually; and

- You or your spouse, if filing jointly, can't be claimed as dependents on someone else's return.

A qualified student loan is a loan you took out solely to pay qualified higher education expenses that were:

- For you, your spouse, or a person who was your dependent when you took out the loan;

- For education provided during an academic period for an eligible student; and

- Paid or incurred within a reasonable period of time before or after you took out the loan.

See Publication 970.pdf, *Tax Benefits for Education*, the Form 1040 Instructions, the Form 1040NR Instructions or the Form 1040NR-EZ Instructions to determine if your expenses qualify.

If you file a Form 2555.pdf, *Foreign Earned Income*, Form 2555-EZ, *Foreign Earned Income Exclusion*, or Form 4563.pdf, *Exclusion of Income for Bona Fide Residents of American Samoa*, or if you exclude income from sources inside Puerto Rico, refer to *Worksheet 4-1, Student Loan Interest Deduction Worksheet* in Publication 970 instead of the worksheet in the Form 1040 Instructions.

If you paid $600 or more of interest on a qualified student loan during the year, you'll receive a Form 1098-E.pdf, *Student Loan Interest Statement*, from the entity to which you paid the student loan interest.

EA-9.

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840  (3/2011)

**Supreme** _____ COURT, COUNTY OF Bronx

Index No: 260604-19    Date Index Issued: 8/29/19

| | FOR CLERK USE ONLY |
| --- | --- |
| | IAS Entry Date |
| | Judge Assigned |
| | RJI Date |

EMMANUEL A. ADIGUN

ODH
PRO

RECEIVED

Plaintiff(s)/Petitioner(s)

BRONX COUNTY CLERK'S OFFICE

-against-

ELMC / PREMIERE CREDIT OF NORTH AMERICA.
WACHOVIA EDUCATIONAL SERVICES
IRS / TREASURY OFFSET PROGRAM.
NYS HIGHER EDUCATION SERVICES

AUG 29 2019

PAID
☒

NO FEE
☐

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING:**  Check ONE box only AND specify where indicated.

**MATRIMONIAL**
- ☐ Contested
- ☐ Uncontested

  **NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum.

**TORTS**
- ☐ Asbestos
- ☐ Breast Implant
- ☐ Environmental: _____
  (specify)
- ☐ Medical, Dental, or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability: _____
  (specify)
- ☐ Other Negligence: _____
  (specify)
- ☐ Other Professional Malpractice: _____
  (specify)
- ☐ Other Tort: _____
  (specify)

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution   [see NOTE under Commercial]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☒ Other: Motion for tax Levy & Reduction
  Injunction (specify)

**COMMERCIAL**
- ☐ Business Entity (including corporations, partnerships, LLCs, etc.)
- ☐ Contract
- ☐ Insurance (where insurer is a party, except arbitration)
- ☐ UCC (including sales, negotiable instruments)
- ☐ Other Commercial: _____
  (specify)

  **NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

**REAL PROPERTY:**  How many properties does the application include? ____
- ☐ Condemnation
- ☐ Foreclosure
- Property Address: _____ Alabama
  Street Address    City    State    Zip
  **NOTE:** For Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.
- ☐ Tax Certiorari - Section: ____ Block: ____ Lot: ____
- ☐ Other Real Property: _____
  (specify)

**SPECIAL PROCEEDINGS**
- ☐ CPLR Article 75 (Arbitration)   [see NOTE under Commercial]
- ☐ CPLR Article 78 (Body or Officer)
- ☐ Election Law
- ☐ MHL Article 9.60 (Kendra's Law)
- ☐ MHL Article 10 (Sex Offender Confinement-Initial)
- ☐ MHL Article 10 (Sex Offender Confinement-Review)
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene: _____
  (specify)
- ☐ Other Special Proceeding: _____
  (specify)

**STATUS OF ACTION OR PROCEEDING:**  Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
| --- | --- | --- | --- |
| Has a summons and complaint or summons w/notice been filed? | ☒ | ☐ | If yes, date filed: _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ☐ | If yes, judgment date: _____ |

# REQUEST FOR JUDICIAL INTERVENTION
UCS-840 (3/2011)

| FOR CLERK USE ONLY |
| --- |
| IAS Entry Date |
| Judge Assigned |
| RJI Date |

**Supreme** COURT, COUNTY OF Bronx

Index No: 260000104—19   Date Index Issued: 8/29/19

RECEIVED
BRONX COUNTY CLERK'S OFFICE

EMMANUEL A. ADIGUN

Plaintiff(s)/Petitioner(s)

-against-

ECMC/PREMIERE CREDIT OF NORTH AMERICA.
WACHOVIA EDUCATIONAL SERVICES
IRS/TREASURY OFFSET PROGRAM.
NYS HIGHER EDUCATION SERVICES

AUG 28 2019
PAID   NO FEE

Defendant(s)/Respondent(s)

## NATURE OF ACTION OR PROCEEDING

### MATRIMONIAL
- ○ Contested
- ○ Uncontested

NOTE: For all Matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum.

### TORTS
- ○ Asbestos
- ● Breast Implant
- ○ Environmental: _____ (specify)
- ○ Medical, Dental, or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability: _____ (specify)
- ○ Other Negligence: _____ (specify)
- ○ Other Professional Malpractice: _____ (specify)
- ○ Other Tort: _____ (specify)

### OTHER MATTERS
- ○ Certificate of Incorporation/Dissolution [see NOTE under Commercial]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ● Other: Motion for Ex Parte Injunction (specify)

### COMMERCIAL
- ○ Business Entity (including corporations, partnerships, LLCs, etc.)
- ○ Contract
- ○ Insurance (where insurer is a party, except arbitration)
- ○ UCC (including sales, negotiable instruments)
- ○ Other Commercial: _____ (specify)

NOTE: For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

### REAL PROPERTY: How many properties does the application include? ___
- ○ Condemnation
- ○ Foreclosure
Property Address: _____ Alabama
Street Address / City / State / Zip

NOTE: For Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.
- ○ Tax Certiorari - Section: ___ Block: ___ Lot: ___
- ○ Other Real Property: _____ (specify)

### SPECIAL PROCEEDINGS
- ○ CPLR Article 75 (Arbitration) [see NOTE under Commercial]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene: _____ (specify)
- ○ Other Special Proceeding: _____ (specify)

## STATUS OF ACTION OR PROCEEDING    Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
| --- | --- | --- | --- |
| Has a summons and complaint or summons w/notice been filed? | ● | ○ | If yes, date filed: _____ |
| Is this action/proceeding being filed post-judgment? | ○ | ○ | If yes, judgment date: _____ |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF THE BRONX.
------------------------------------------------------------------X

Index No.

26066A/.2019

EMMANUEL  A. ADIGUN   ---Plaintiff

**AFFIDAVIT IN SUPPORT**

Vs.

ECMC ----------------------------------- ---------1ST Defendant
IRS ------------ ----------------------------------- 2nd Defendant
Social Security Adm.------------------------- 3rdDefendant
Premier Credit of N. America ------------- -4th Defendant.
NYS Higher Education Services -------------5th Defendant
Wachovia Educational Services ----------- -6$^{th}$Defendant
------------------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF THE BRONX
Emmanuel A. Adigun, being duly sworn, deposes and says:

1. I am the plaintiff in this action. That I graduated from Polytechnic
   University of Brooklyn in New York in June of 1982 with a B.Sc. degree in
   Civil Engineering.  And between 1982 and 1986, I was employed by New
   York State Dept. of Transportation and John J. Kassner Consulting
   Engineers. I started my own construction company in Sept. 1986.
2. That in 1977, 1981 and 1982 as a student, I borrowed a total of $10,290.00
   from New York State Higher Education Services (See attached EA-1), and I
   equally borrowed $1000.00 from The National Direct Student Loan
   through Polytechnic University Financial Aid Office in 1981 (See attached
   EA-7 and EA-8). And, as per attached documents, I religiously fulfilled my
   financial obligations to the institutions that financially supported me.
3. Whereas the promissory note of Sept. 15th 1982 shows a monthly payment
of $90.00 (including interest), the monthly payment on the coupons after the
sale of my loan to Wachovia Services Inc. which show $140.00 per month is a
blatant breach of the promissory note agreement. Efforts on my part to

correct the discrepancy/overcharge on the payment coupons met with arrogant silence.

4). Whereas, a letter from the lender, First Federal Savings and Loan Association of Rochester (See EA-2) attached to the promissory note indicates no additional "responsibilities" to the borrower from the sale of the loan to a third party, nevertheless, my loan payment agreement was breached by a monthly increase of $50.00 on the payment coupons.

5). Whereas, yearly interest statement is supposed to be received by the borrower, I only received three years of interest statements for 1983 and 1984 from Wachovia Services and 2018 from ECME. The failure to send the interest payment statements in 1985 through 1988 for my tax returns cost me an estimated $3,000.00 by my accountant's estimate. It is a violation of IRS regulation on student loan interest deduction. See attached EA-9.

Based on these facts, I pray this court to grant me an immediate ex parte order of interim injunction pending the hearing of this motion because no principal on the loan was ever owed.

I also pray the court to grant this ex parte motions because I never owed the amount on which the principal been claimed by the defendant was based. Over the years, my credit has been severely damaged by the false and erroneous claim by the defendant. Granting this interim injunction will finally start a genuine effort at clearing my good name because I have received no justice over the years. I respectfully request this court to award monetary interests and penalty for the injustice and hardships I had suffered and still suffering as a result of defender's activities.

I submit that no prior application has been made for the relief sought herein, and I respectfully request that this motion be granted, and I have such other and further relief as the court may find to be just and proper.

------------------------------
**Petitioner's Signature**

Emmanuel A. Adigwe

**Print Name**

Sworn before me this
27th day of August ,2019

NOTARY PUBLIC

JOSEPH E. MASON
Notary Public, State of New York
No. 01MA6066394
Qualified in Bronx County
Commission Expires Nov. 13, 2021

SEPREME COURT OF THE STATE OF NEW YORK
COUNTY OF THE BRONX.

_____X

EMMANUEL A. ADIGUN –Plaintiff

Index No. 260664 /2019

Vs.

**EMERGENCY AFFIDAVIT**

Defendants:

ECMC------------------------------------------------- First Defendant
U.S. Dept. of the Treasury------ --------------- Second Defendant
Social Security Administration-----------------Third Defendant
Premier Credit of N. America ----------------- Fourth Defendant
NYS Higher Education Services--------------- Fifth Defendant
Wachovia Educational Services-------------- Sixth Defendant
-------------------------------------------------------------------------------X

I Emmanuel A. Adigun am the plaintiff in the above- named action . I request immediate judicial review of my Order to Show Cause, Affidavit in Support of this Motion, and Affidavit in Support of Notification on the following grounds:

1). That, I never owed the principal the defendant claims ($7,906.85)

2).That the amount Wachovia requested from me on the coupons is a breach of the Promissory note of September 15th, 1982.

3).That the interest being claimed by the defendant is baseless and unsupported by facts and a breach of the promissory note of September 15th, 1982. I submit to this Court that interest on zero principal amounts to zero interest.

4) That the collection activities of the defendant has severely damaged my credit over the years over a bogus default that never existed.

5).That only the decision of this court can restore my innocence and clear my name of the debt I never owed.

6).That this court must compel the defendants, by themselves , their servants, agents, privies or officers from collecting any monetary offsets from my tax returns from the IRS and the Social Security Administration. And that all amounts wrongfully collected in the past should be refunded to me immediately with interest and appropriate monetary        penalty.

-----------------------------------------------
-Plaintiff  Signature

*Emmanuel A. Adiguu*

**Print Name**

Sworn to before me on
This _27th_ day of _August_ ,20_17_

-----------------------------------------------
**Notary Public**

JOSEPH E. MASON
Notary Public, State of New York
No. 01MA6066394
Qualified in Bronx County
Commission Expires Nov. 13, 2021

-2-

<u>AFFIDAVIT IN SUPPORT OF NOTIFICATION</u>

SUPREME COURT OF THE STATE OF NEW YORK
**COUNTY OF THE BRONX**
_____X

Index No.
2.6066.4_____/2019

Emmanuel A. Adigun –Plaintiff

        Vs.

Defendants:
ECMC _____ 1st Defendant
Internal Revenue Service_____ 2nd Defendant
Social Security Adm._____ 3rd Defendant
Premier Credit of N.America_____ 4th Defendant
NYS Higher Education Services_____ 5th Defendant
Wachovia Educational Services------------6th Defendant

STATE OF NEW YORK     ) SS: BRONX
COUNTY OF           )

Emmanuel A.Adigun, being duly sworn, says:

1. I resides at 3605 Marilla Place in the County of Bronx and State of New York.
2. .I am about to submit an order to show cause containing a stay and restraining order for:

   a) I never owed the $7,906.85 the defender is claiming. That the claim is false and fraudulent.
   b) That the claim is a breach of the promissory note of September 15th,1982 and the accompanying letter by the lender.
   c) That the $140.00 monthly re-payment on the payment coupons is fraudulent and contrary to the promissory note sent from the lender to the borrower (the plaintiff).

3. I have notified my opposition(defendants)to appear at the Ex Parte Office, Room 140 at the Courthouse, 851 Grand Concourse, Bronx, N.Y. at _10:00_ AM/PM on the _18th_ day of_____Sept._____, 2019 to context the annexed application, by calling/faxing to phone # _877-636-9792_. I spoke to _PYRIL HESTER'S OFFICE_ Did you receive a response?   YES /(NO)

Write response here------------NONE------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------

I contacted them at 10:18 AM/PM on the 27th day of August,
2019.

4. No previous application for the same or similar relief has
been made by me in this case except:    NONE

DATE: 8/27/19 _____

_____
**Sign in the presence of a Notary Public**

**Sworn to before me on**

27th day of August, 2019

_____
**Print Name**

Emmanuel A. Adigun

_____
**NOTARY PUBLIC**

JOSEPH E. MASON
Notary Public, State of New York
No. 01MA6066394
Qualified in Bronx County
Commission Expires Nov. 13, 2021

-2-

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF THE BRONX**
-------------------------------------------------------------------X
                                                    Index No. 260 664 / 2019

Emmanuel A .Adigun ----Plaintiff

       -Against-

**Defendants:**
**ECMC**  -------------------------------------------------1ST Defendant
**Internal Revenue Service** -------------------------------2nd Defendant
**Social Security Administration**-----------------------------3rd Defendant
**Premier Credit of N. America** -------------------------------4th Defendant
**NYS Higher Education Services** ---------------------------5th Defendant
**Wachovia Educational Services** --------------------------- 6th Defendant
-------------------------------------------------------------------X
**STATE OF NEW YORK**
**COUNTY OF THE BRONX**
   I, Marleu Bennett ------------------ being duly sworn says:
I am not a party to the action, and am over 18 years of age and resides
At 1586 St. Marks Ave, brooklyn NY 11233 .
On August 27th, 2019. I served a true copy of the following papers;
   1.- ORDER TO SHOW CAUSE
   2)- AFFIDAVIT IN SUPPORT OF NOTIFICATION.
   3)- AFFIDAVIT IN SUPPORT (4) EMERGENCY AFFIDAVIT

**Which are attached to this affidavit, in the following manner:**

---------- Mailing       **By mailing the same in a sealed envelope, with postage pre
                         paid thereon, in a post –office or official depository of the
                         U.S. Postal Service within the State of New York, addressed
                         to the last-known address of the addressees as indicated
                         below:**

**Names and addresses of Persons or defendants served:**

1)- ECMC/Premere Credit of N. America, P. O. Box 19309, Indianapolis, IN 46219
2)- DEPT. OF THE TREASURY BUREAU OF THE FISCAL SERVICE, P.O. Box
   1686, BIRMINGHAM, AL 35201-1686

3) U.S. DEPT. OF THE TREASURY, BUREAU OF THE FISCAL SERVICE, P.O.
Box 1686, BIRMINGHAM, AL. 35201-1686

4) Wachovia Educational Services - P.O. Box 3077 Winston-Salem NC 27102

5) U.S. DEPT. OF EDUCATION - EDUCATIONAL CREDIT MNGMG. CORP. P.O. Box 16129 ST. PAUL
Mn. 55116-0129

_____
**Sign Name before a Notary Public**

Emmanuel A. Adiguu
_____
**Print Name**

**Sworn to before me this**

29th _____ **day of** August _____ ,20 19 .

_____
**Notary Public**

JOSEPH E. MASON
Notary Public, State of New York
No. 01MA6066394
Qualified in Bronx County
Commission Expires Nov. 13, 2021

-2-

INDEX NO 2 60 66 4      / 2019

## SUPREME  COURT  OF THE STATE OF NEW YORK
## COUNTY OF THE BRONX

---

EMMANUEL A.ADIGUN
**Plaintiff**

-against-

**Defendants:**
ECMC   ----------------------------------- 1st  **Defendant**
Internal Revenue Service-------------- 2nd **Defendant**
Social Security Administration-------- 3rd **Defendant**
Premier Credit of N. America --------- 4th **Defendant**
NYS Higher Education Services------ 5th **Defendant**
Wachovia Educational Services-------6th **Defendant**

---

### ORDER TO SHOW CAUSE

---

**To the best of my knowledge, information and belief, formed
after an inquiry reasonable under the circumstances, the
presentation of these papers or the contentions therein
are not frivolous as defined in subsection © of section
130-1.1 of the Rules of the Chief Administrator (22NYCRR)**

LITIGANT'S INFORMATION

Sign Name_____

Name: Emmanuel A. Adigun
Address: 3605 Marilla Place, Bronx NY 10466
Telephone # 718-798-6041; Fax # 718-798 -6042

---

**Service of a copy of the within is hereby admitted**

Dated:_____,2019

Attorney for _____

-2-