# EXHIBIT 2

Received Date Feb 06 2020

C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX, PART 26
-------------------------------------------------------------x
ADIGUN, EMMANUEL

                  -against-

EDUCATION CREDIT MANAGEMENT CORP (ECMC), et al.
-------------------------------------------------------------x

Index No. 260664/2019

Hon. RUBÉN FRANCO,
Justice Supreme Court

The following papers numbered 1 to ___ read on this motion, (Seq. No. 001) for MISCELLANEOUS noticed on November 13, 2019.

|  | PAPERS NUMBERED |  |
|---|---|---|
| Notice of Motion - Order to Show Cause - Exhibits and Affidavits Annexed |  |  |
| Answering Affidavit and Exhibits |  |  |
| Replying Affidavit and Exhibits |  |  |

Respectfully Referred to: ____
Dated: ____

Plaintiff's application, as applicable to Education Credit Management Corp (ECMC), to stay all collection actions in connection with the September 15, 1982 student loan made by Wachovia Services, Inc., is granted on default due to ECMC's failure to appear at the conference held on November 13, 2019 (22 NYCRR 202.27). With respect to the other named defendants, except Premiere Credit of North America, LLC, plaintiff's application is denied, as the court is not satisfied that they were properly served.

The action against Premiere Credit of North America, LLC, which appeared on November 13, 2019, is severed and shall continue. The assessment of any damages against ECMC shall occur at the time of trial.

Plaintiff shall serve a copy of this Order with Notice of Entry upon defendants within 20 days of the date of entry of this Order.

This constitutes the Decision and Order of the court.

Dated: November 25, 2019     Hon. _____
                                       RUBÉN FRANCO, J.S.C.
                                                  HON. RUBEN FRANCO.

1. CHECK ONE.......................... ☐ CASE DISPOSED IN ITS ENTIRETY       ☐ CASE STILL ACTIVE
2. MOTION IS............................ ☐ GRANTED  ☐ DENIED       ☐ GRANTED IN PART    ☐ OTHER
3. CHECK IF APPROPRIATE....... ☐ SETTLE ORDER    ☐ SUBMIT ORDER     ☐ SCHEDULE APPEARANCE
                                      ☐ FIDUCIARY APPOINTMENT         ☐ REFEREE APPOINTMENT