UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMMANUEL A. ADIGUN,

                     **Plaintiff,**                  20-CV-3676 (AT) (SN)

      -against-                           **ORDER**

INTERNAL REVENUE SERVICE, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 15, 2020, the Honorable Analisa Torres issued an Order of Service, notifying the Defendants of the filing of this *pro se* case. That same day, Judge Torres referred this case to my docket for general pretrial supervision. The parties should follow the schedule set forth in Judge Torres's May 15, 2020 Order to Answer. ECF No. 7.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 18, 2020
               New York, New York

CC:      Emmanuel A. Adigun
           3605 Marolla Place
           Bronx, NY 10466
           PRO SE