UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EMMANUEL A. ADIGUN,

                                 Plaintiff,

                 -against-

INTERNAL REVENUE SERVICE, et al.,

                                Defendants.

------------------------------------------------------------------X

20-CV-3676 (AT) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff's August 18, 2020 letter, ECF No. 18, indicated that he had attempted unsuccessfully to effect service on Defendant "Premier Credit of N. America." Counsel to Premiere Credit of North America, LLC ("Premiere Credit") filed a letter on August 28, 2020, explaining that neither she nor her law firm, Hinshaw & Culbertson LLC, is authorized to accept service on behalf of Premiere Credit and noting that Plaintiff's attempted service on Premiere Credit's registered agent misspelled the corporation's name. See ECF No. 19. Plaintiff is directed to properly serve Premiere Credit through its registered agent or through the New York Department of State within 14 days of this order. The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     August 31, 2020
                New York, New York