UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL A. ADIGUN, <br><br>                                   Plaintiff, <br><br> - against - <br><br> INTERNAL REVENUE SERVICE, *et al.*, <br><br>                                  Defendants. | **20 Civ. 3676 (AT) (SN)** <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss of Defendants Internal Revenue Service and Social Security Administration, and the Declaration of Ashleigh Edmonds, the Internal Revenue Service ("IRS") and Social Security Administration ("SSA"), through their attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, will move this Court before the Honorable Analisa Torres, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing this action under Rules 12(b)(1), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
             September 8, 2020

                                                    Respectfully submitted,

                                                      AUDREY STRAUSS
                                                     Acting United States Attorney for the
                                                     Southern District of New York
                                                     *Attorney for the IRS and SSA*

By:     /s/ *Joshua E. Kahane*
         JOSHUA E. KAHANE
         Assistant United States Attorney
         86 Chambers Street, 3rd Floor
         New York, New York 10007
         Tel.    (212) 637-2699
         Fax    (212) 637-2786
         Email: joshua.kahane@usdoj.gov

cc: All parties (via ECF)