

UNITED STATES DISTRICT COURT.    JUDGE ANALISA TORRES
SOUTHERN District Of New York
EMMANUEL A. ADIGUN
        Plaintiff                                   Case# 1-20-cv-03676(AT)(SN)

IRS and SSA and others.                      NOTICE OF MOTION TO
        Defendants                           SANCTION PNCA FOR FLAGRANT
——————————————-                  DISOBEDIENCE OF COURT ORDERS.

Please take notice that Plaintiff, Emmanuel A. Adigun, hereby moves before the

Honorable ANALISA TORRES, United States District Court Judge for the Southern

District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, New York 10007, for entry of this Court to sanction

Premiere Credit of North America for the following reasons:

  a). That, Premiere Credit of North America, a defendant in this case, cavalierly

    violated

  this Court's order stating that "defendant shall file its motion to dismiss by

  September 8, 2020" as per Order number 17 of August 4, 2020;
  b). That, Premiere Credit of North America violated Rule 4 of Federal Rules of Civil

    Procedure;

  c). That, Plaintiff served Premiere Credit of North America four different occasions

    at different addresses unsuccessfully. The last service was at the guidance of

    this Honorable Court

  d). That, even though DOJ claimed " improper service in its last motion to dismiss

    Plaintiff's OTSC nevertheless, it met the September 8, 2020 deadline pursuant

    to Rule iv(a). Why not Premiere Credit of North America?

Plaintiff hereby respectfully submit to this Honorable Court to implement appropriate civil contempt sanctions with no additional motion or hearing authorized. See Id.;cf.Lamborghini-Ortiz v. Ortiz-Velez, 630 F. 3D.228,246 (1st.Cir.2010).

Respectfully,

Emmanuel A. Adigun
Plaintiff
September 30,2020