**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EMMANUEL A. ADIGUN,<br><br>                              Plaintiff,<br><br>                    -against-<br><br>ECMC, INTERNAL REVENUE SERVICE, SOCIAL SECURITY ADMINISTRATION, PREMIER CREDIT OF N. AMERICA, NYS HIGHER EDUCATION SERVICES, AND WACHOVIA EDUCATIONAL SERVICES,<br><br>                              Defendants. | Docket No. 20-CV-3676 (AT) (SN)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated October 30, 2020, and all prior proceedings had herein, Defendant Premiere Credit of North America, LLC ("Premiere Credit"), by its attorneys, Hinshaw & Culbertson LLP, will move this Court at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, before the Honorable Analisa Torres, at a date and time to be determined by the Court, for an Order pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff Emmanuel A. Adigun's Complaint in its entirety as against Premiere Credit, with prejudice, and granting Defendant Premiere Credit such other and further relief as the Court deems just and proper.

Dated: New York, New York
          October 30, 2020

                                        HINSHAW & CULBERTSON LLP
                                        *Attorneys for Defendant*
                                        *Premiere Credit of North America, LLC*


                                        By: *s/ Samantha R. Millar*
                                              Samantha R. Millar, Esq.
                                              Concepcion A. Montoya, Esq.
                                              800 Third Avenue, 13th Floor
                                              New York, New York 10022
                                              Tel: (212) 471-6200

1026085\306747325.v1

2

**TO**:     <u>**VIA ECF**</u>

Emmanuel A. Adigun
Plaintiff *Pro Se*
2605 Marolla Place
Bronx, New York 10466

Kenneth L. Baum, Esq.
*Attorney for Defendant ECMC*
167 Main Street
Hackensack, NJ 07601
Bergen County

Joshua Evan Kahane
Office of the U.S. Attorney
Southern District of New York
*Attorney for Defendants*
*Internal Revenue Service and*
*Social Security Administration*

<u>**VIA FIRST-CLASS MAIL**</u>

NYS Higher Education Services
P.O. Box 3077
Winston-Salem, NC 27102
Forsyth County
*Defendant*

Wachovia Educational Services
99 Washington Avenue, Room 1430
Albany, NY 12255
Albany County
*Defendant*

2