```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL A. ADIGUN,

            Plaintiff,

-against-

INTERNAL REVENUE SERVICE; SOCIAL SECURITY ADMINISTRATION; ECMC; PREMIER CREDIT OF N. AMERICA; WACHOVIA EDUCATIONAL SERVICES; NYS HIGHER EDUCATION SERVICES,

            Defendants.

20 Civ. 3676 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    By **December 10, 2020**, Plaintiff shall respond to Defendant New York State Higher Education Services, Inc.'s motion to dismiss at ECF No. 50.

    If Plaintiff fails to comply with this order, the case against this Defendant will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: November 30, 2020
       New York, New York

ANALISA TORRES
United States District Judge