UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EMMANUEL A. ADIGUN,

                      Plaintiff,                    20 **CIVIL** 3676 (AT)

      -against-                             **JUDGMENT**

INTERNAL REVENUE SERVICE; SOCIAL
SECURITY ADMINISTRATION; ECMC;
PREMIER CREDIT OF N. AMERICA;
WACHOVIA EDUCATIONAL SERVICES;
NYS HIGHER EDUCATION SERVICES,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 16, 2021, The Court has reviewed *de novo* those portions of the R&R to which ECMC properly objected and has reviewed the remainder of the R&R for clear error; the Court ADOPTS the R&R in its entirety. The IRS and SSA's motion to dismiss is GRANTED; the claims against ECMC and Premiere are DISMISSED and REMANDED to Supreme Court, Bronx County; the claims against Wachovia are DISMISSED; and Plaintiff's motions for summary judgment are DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         September 17, 2021

                                                          **RUBY J. KRAJICK**

                                                            Clerk of Court
                                       **BY:**
                                                             Deputy Clerk